IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00507-WDM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JOHN MARQUEZ,

        Defendant.

---

**INFORMATION**
**21 U.S.C. § 843(b)**

---

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
21 U.S.C. § 843(b)
(Use of a communication facility in the
commission of a drug trafficking offense)

On or about June 17, 2005, within the State and District of Colorado, the defendant, JOHN MARQUEZ, knowingly used a communication facility, that is, a cellular telephone, in committing, and to facilitate the commission of, an act or acts constituting a felony under the Controlled Substances Act, 21 U.S.C. §801 *et. seq.*, to wit: that is, conspiracy to possess and distribute cocaine base, a felony violation of Title 21 U.S.C. §846.

All in violation Title 21, United States Code, § 843(b).

                    RESPECTFULLY SUBMITTED,

                    WILLIAM J. LEONE
                    United States Attorney

BY: _____
                    JOE ALLEN
                    Assistant U.S. Attorney
                    United States Attorney's Office
                    District of Colorado
                    1221 17TH Street, Suite 700 Stout Street
                    Denver, CO 80202
                    303-454-0100